Decided March 24, 2004

STATE OF CONNECTICUT *v.* JEFFREY A. GROPPI

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 310 (AC 23000), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided March 24, 2004